U.S. DISTRICT COURT OF SOUTHERN NEW YORK
OFFICE OF THE CLERK
500 Pearl ST #220 NEW YORK, NY 10007
OCTOBER 6, 2022

Kum nam LEE
A petitioner

under 42 USC 1983

a civil rights action

V.

own solely

Proland management
Respondent

a complaint by Federal or

the law of the state for injury

Tax payer Damage or no discrimination by Jury a writ of attachment, garnishment an owneship amount of damage is ~~$ Ten millions dollars~~ Reduce To Five millions dollars for earlier, not now. I am injured To Redress required, For plus Ten Thousand dollars every month living cost. without Tax and citizenship papers. I want visit To seoul Korea

a claims by Kum nam LEE   a pro se required

Reason by Low income or Section 8 apartment applied denyed no discrimination

name: Kum nam LEE

an amended, a relief
a Forthwith, an Extend

Address: 5155 marathon ST #106
Los Angeles, CA 90038

Date: October 6, 2022

RECEIVED
SDNY PRO SE OFFICE
2022 OCT -4 AM 10:33

A notice of Appeal

U.S. DISTRICT COURT For the
~~Central~~ Southern DISTRICT OF ~~California~~ New York

Kum nam LEE
A Petitioner

V.

Proland management
Respondent

A notice of appeal

Docket no.
2:21-cv-07564 GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a Within Ten days
The Last day For Filing
~~Double Cost~~
Continue. Primary,
Facts, Parties, Condon

a covenant
a decision
a determination
a conclude
a no more
a case,
an order
warranty
a deed
continuing

notice:   a party: Kum nam LEE

Date:

name: Kum nam LEE

Address: 5155 marathon St #106
Los Angeles, CA 90038

Date: October 6, 2022
at least Three-Fourth of, an End, plus Twenty millions dollars, again plus Twenty millions dollars
a Rehearing, a Relief, a granted, un amended, un admitted, a conclude
a petition For a writ of certiorari To a Review, a case, a Judgment, a Reviewed
a good cause, a good Faith, June 16, 22. again notice; a Reversal, one, only one
a Jurisdiction to supreme Court, a decision, one consider, one Final if
more than End of July, 2022 Than. plus charged double Cost all of...
For Time To Time shall be vested, ordain, establish. courts. congress. know it.
I will conduct myself, I will support THE Constitution of The United State
I believe That I am entitled To Redress,   Since: 1993-2022, D.O.B. 1940

Kum ham Lee
5155 marathon st #106
Los Angeles, CA 90038

legal mail

LOS ANGELES CA 900
29 SEP 2022 PM 4 L

U.S. Courthouse
Office of the Clerk
500 Pearl Street #230
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2022 OCT -4 AM 10:31

10007-131599