UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KIM NAM LEE,

                Petitioner,

-against-

PROLAND MANAGEMENT,

                Respondent.

22-CV-8501 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

    The Court directs the Clerk of Court to administratively close this action. *See In re Young Yil Jo*, ECF 1:14-CV-7793, 3 (S.D.N.Y. May 6, 2015).

SO ORDERED.

Dated:   October 6, 2022
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                                  Chief United States District Judge